**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DARRYL NORRED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-22-635-J |
| | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On January 25, 2023, Plaintiff filed an Unopposed Motion for Voluntary Dismissal without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2) [Doc. No. 14], and United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation [Doc. No. 16] recommending that Plaintiff's unopposed motion be granted. Having reviewed the unopposed motion and the Report and Recommendation, the Court ADOPTS the Report and Recommendation, GRANTS Plaintiff's Unopposed Motion for Voluntary Dismissal without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2), and DISMISSES this case without prejudice.

IT IS SO ORDERED this 26th day of January, 2023.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE